

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA BARNARD | Criminal Indictment<br><br>No. 1 : 23 -CR- 377 |

THE GRAND JURY CHARGES THAT:

**Count One**

On or about January 21, 2023, in the Northern District of Georgia, the defendant, JOSHUA BARNARD, knowing he had previously been convicted of at least one of the following offenses, each of which was a crime punishable by imprisonment for a term exceeding one year:

- Aggravated Stalking, on or about July 13, 2016, in the Superior Court of DeKalb County, Georgia;
- Larceny/Breaking Into A Motor Vehicle, on or about January 15, 2004, in the Court of General Sessions of Greenville County, South Carolina;
- Financial Transaction Card Theft, on or about January 15, 2004, in the Court of General Sessions of Greenville County, South Carolina; and
- Larceny/Grand Larceny, on or about January 15, 2004, in the Court of General Sessions of Greenville County, South Carolina;

did knowingly possess at least one of the following firearms:

- a Smith & Wesson Model 642 Airweight .38 caliber revolver; and

- a SCCY Model CPX-1 9mm pistol,

said possession being in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

### Count Two

On or about January 21, 2023, in the Northern District of Georgia, the defendant, JOSHUA BARNARD, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1).

### Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, JOSHUA BARNARD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, JOSHUA BARNARD, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to

2

facilitate the commission of said violation, including, but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count Two of this Indictment.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _____True_____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*Eric White*

ERIC J. WHITE
*Assistant United States Attorney*
Georgia Bar No. 580963

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4